IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| PHILIP SANDOVAL, #600528 § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-064 |
| § | |
| NATHANIEL QUARTERMAN, Director § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 21st day of August, 2006.

_____
Samuel B. Kent
United States District Judge